Ashley L. Shively (SBN 264912)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile:  (415) 743-6910
Email:   ashley.shively@hklaw.com

Stephen P. Warren (*Pro Hac Vice forthcoming*)
Florida Bar No. 788171
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, FL  33131
Tel:     (305) 374-8500
Email: stephen.warren@hklaw.com

Michael M. Gropper (*Pro Hac Vice forthcoming*)
Florida Bar No. 105959
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Tel:    (904) 798-7326
Email: michael.gropper@hklaw.com

Attorneys for Plaintiff
DENIS GROSZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DENIS GROSZ, an individual, | Case No.: _____ |
| Plaintiff, | **PLAINTIFF DENIS GROSZ'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| TOPTAL, LLC, a Delaware limited liability company, and TASO DU VAL, an individual | **L.R. 3-15** |
| Defendants. | |

**PLAINTIFF DENIS GROSZ'S CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Plaintiff Denis Grosz certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 2, 2020                              Respectfully submitted,

                                                  HOLLAND & KNIGHT LLP


                                                  By */s/ Ashley L. Shively*
                                                      Ashley L. Shively

                                                  Attorney for Plaintiff
                                                  Denis Grosz

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910