| | |
|---|---|
| 1 | Ashley L. Shively (SBN 264912) |
| | HOLLAND & KNIGHT LLP |
| 2 | 50 California Street, 28th Floor |
| | San Francisco, CA 94111 |
| 3 | Telephone: (415) 743-6900 |
| | Facsimile: (415) 743-6910 |
| 4 | Email: ashley.shively@hklaw.com |

Stephen P. Warren (*Admitted Pro Hac Vice*)
Florida Bar No. 788171
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131
Tel: (305) 374-8500
Email: stephen.warren@hklaw.com

Michael M. Gropper (*Admitted Pro Hac Vice*)
Florida Bar No. 105959
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Tel: (904) 798-7326
Email: michael.gropper@hklaw.com

Attorneys for Plaintiff DENIS GROSZ



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
6/15/2020

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DENIS GROSZ, an individual, | ) Case No.: 4:20-cv-02259-YGR |
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) **WITHOUT PREJUDICE** |
| TOPTAL, LLC, a Delaware limited liability company, and TASO DU VAL, an individual, | ) **FRCP 41(a)(1)(A)(i)** |
| Defendants. | ) |

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notice is hereby given that Plaintiff Denis Grosz, by and through his undersigned attorney, voluntarily dismisses the above-captioned action. Such dismissal is without prejudice and each side shall bear its own costs and fees. As of the date of this filing, no defendant has served an answer or motion for summary judgment in the action and Plaintiff has never dismissed an action based on or including the same claim(s) in a prior case.

DATED: June 10, 2020

Respectfully submitted,

HOLLAND & KNIGHT LLP

By */s/ Ashley L. Shively*
   Ashley L. Shively
   Attorney for Plaintiff
   Denis Grosz

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910